1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL TROUP,

11          Plaintiff,                    No. CIV S-10-3109 GGH P

12      vs.

13   CHRISTOPHER SMITH, et al.,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

19   been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

20   will be provided another opportunity to submit a fully completed application to proceed in forma

21   pauperis.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

24   pauperis application used by this court; and

25   /////

26   /////

1

1         2.  Plaintiff shall submit, within thirty days from the date of this order, a fully

2  completed in forma pauperis application.  Plaintiff's failure to comply with this order will result

3  in a recommendation that this action be dismissed without prejudice.

4  DATED: December 13, 2010

5

6                                 /s/ Gregory G. Hollows

7                              GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

8  GGH:mp
    trou3109.3c

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26