IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TROUP,

    Plaintiff,               No. CIV S-10-3109 GEB GGH P

    vs.

CHRISTOPHER SMITH, et al.,

    Defendants.         FINDINGS & RECOMMENDATIONS

_____/

        By an order filed June 6, 2011, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form necessary to effect service on defendant Christian Carter. That sixty day period has since passed, and plaintiff has not responded with the service documents. On July 27, 2011, plaintiff filed a notice stating that he was aware that service was not completed on this defendant, but was more concerned about the status of the other defendants and plaintiff was informed they had been served.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant Carter be dismissed. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file

1

1  written objections with the court.  The document should be captioned "Objections to Findings
2  and Recommendations."   Any response to the objections shall be filed and served within
3  fourteen days after service of the objections.  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
5  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED:   January 6, 2012

                                         /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

de
trou3109.fusm