IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TROUP,

     Plaintiff,                        No. CIV S-10-3109 GEB GGH P

    vs.

CHRISTOPHER SMITH, et al.,

     Defendants.                  ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The complaint contains rather straight forward claims of deliberate indifference to serious medical needs and discovery has just finished. Plaintiff's motion for the appointment of counsel will therefore be denied but the court will consider the request again after dispositive motions are filed.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 26, 2012 motion for the appointment of counsel (Docket No. 38) is denied without prejudice.

DATED: February 6, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
trou3109.31