IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TROUP,

    Plaintiff,                    No. CIV S-10-3109 GEB GGH P

    vs.

CHRISTOPHER SMITH, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2012, plaintiff filed a motion for leave to file an amended complaint. Plaintiff wishes to include information the he forgot in the original complaint. The form to submit a civil rights complaint asks if the plaintiff has brought other actions in the past and plaintiff apparently erroneously stated no and would like to correct the record to include a state court suit he brought in the County of Monterey in 2008. It is so noted, but an amended complaint need not be filed.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to file an amended complaint (Doc. 42) is denied.

DATED: March 6, 2012

                                    /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:AB - trou3109.ord

1